UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

V.                                                    Case No: 2:11-cr-80-FtM-36SPC

ALFREDO SARARO, III.
_____/

# ORDER

This matter comes before the Court on Witness, Frances Agosto's Motion to Modify or Cancel Order to Transport (Doc. #39) filed on July 11, 2012. On June 28, 2012, this Court issued a Writ of Habeas Corpus Ad Testificandum (Doc. #35). In the Writ, the Court ordered that Ms. Agosto be brought to the Fort Myers Courthouse to testify in a criminal trial scheduled to begin on July 26, 2012. Agosto now moves the Court to modify or cancel the Order to Transport.

In support of this Motion, Agosto states that she is "currently incarcerated . . . at the Orlando Work Release Center" and that "to remove her from her placement status [at the Work Release Center would] be detrimental for her release to re-enter back into society." (Doc. #39, P. 1). Moreover, Ms. Agosto contends that she "will lose [her] bed in the Work Release Program and [her] place of employment." (Doc. #39, P. 2).

After taking Ms. Agosto's arguments into consideration, the Court finds that Ms. Agosto's Motion fails to provide a convincing argument to the Court. Although the Court ordered Ms. Agosto's transport, the Court has no control over how or when the United States Marshalls execute the Court's Order to transport. The Marshals can only transport the witness when they have the vehicle and manpower available. Furthermore, as the trial is expected to be

conducted over a two to four week period, the Court cannot guarantee when Agosto will be called as a witness. Therefore, the Writ of Habeas Corpus Ad Testificandum will remain in place and the Motion to Modify or Reconsider is due to be denied.

Accordingly, it is now

**ORDERED:**

Witness, Frances Agosto's Motion to Modify or Cancel Order to Transport (Doc. #39) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of July, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record