UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No:  2:11-cr-80-Ftm-JES-SPC

ALFREAD J. SARARO,

    Defendant.
_____/

## ORDER

This matter comes before the Court *Sua Sponte* on the Court's Order Granting Defense Counsel's Robert Rosenblatt and Paul Morris' Motion to Withdraw (Doc. #155) filed on January 10, 2013.  This Court entered an order allowing counsel for the Defendant Alfread Sararo to withdraw from the case, with conditions, because Judgment had been entered and the Defendant had been sentenced.  However, just prior to the entry of that Order, the District Court entered an Order (Doc. # 154) reserving ruling on the issues in the Motion to Withdraw.  Therefore, this Court's Order granting the Motion is due to be vacated.

Accordingly, it is now **ORDERED:**

The Court's Order Granting Defense Counsel's Robert Rosenblatt and Paul Morris' Motion to Withdraw (Doc. #155) is **VACATED**.  The Clerk of the Court is directed to remove the Order Granting the Motion (Doc. # 155) from the docket sheet.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of January, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record