UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                              2:11-cr-80-FtM-29SPC

ALFREDO J. SARARO, III
_____

**OPINION AND ORDER**

This matter comes before the Court on an oral motion by defendant made at sentencing to unseal certain documents. These documents related to an anonymous post-verdict letter received by the Court, a subsequent motion filed by defendant relating to the letter, the government's response to that motion, and the Court's Opinion and Order resolving the motion. The government has filed a Response (Doc. #161) on January 25, 2013, objecting to unsealing these documents.

There is a presumption of openness in all legal proceedings which applies to documents filed with the court. United States v. Ochoa-Vasquez, 428 F.3d 1015, 1029-30 (11th Cir. 2005); United States v. Ignasiak, 667 F.3d 1217, 1238 (11th Cir. 2012). Access to court documents may be denied only where necessary to preserve higher values and where narrowly tailored to serve that interest. Press-Enter. Co. v. Superior Court of California, 464 U.S. 501, 510 (1984). The Court previously found, at least implicitly, that

sealing was initially justified. The potential issues raised by the anonymous letter have now been addressed by appropriate motion, and the court has resolved them. Such motion and documents presented to the court to invoke its powers or affect its decision are subject to the public right of access absent a showing of good cause. Romero v. Drummond Co., Inc., 480 F.3d 1234, 1245-46 (11th 2007). Whether good cause exists is decided by the nature and character of the information in question, considering factors such as whether allowing access would impair court functions or harm legitimate privacy interests, the degree of and likelihood of injury if made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing the documents. Id. at 1246. While not all of these factors favor unsealing, the totality of the circumstances in this case do not favor continued sealing of the court documents after the issues have been resolved and the need for sealing has dissipated.

Accordingly, it is now

**ORDERED:**

1. Defendant's oral motion to unseal certain documents is **GRANTED.**

   2.   The Clerk of the Court shall unseal the documents currently filed as Docs. #S-1 through S-5 and file them in the public record.

   **DONE AND ORDERED** at Fort Myers, Florida, this __4th__ day of February, 2013.

                                         _____
                                         JOHN E. STEELE
                                         United States District Judge

Copies:
Counsel of Record